UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>              Plaintiff, )<br>  )<br>        v. )<br>  )<br>TWENTY-EIGHT THOUSAND, EIGHT- )<br>HUNDRED EIGHTY DOLLARS AND )<br>NO/100 ($28,880.00) IN U.S. )<br>CURRENCY; )<br>  )<br>              Defendant. )<br>_____ ) | C05-0347-JPD<br><br>ORDER GRANTING LEAVE OF COURT TO CONDUCT DEPOSITION OF PRISONER HIEN KHANH LAI |

This matter is before the Court pursuant to Federal Rule of Civil Procedure 30(a)(2), on motion of the United States to Depose Hien Khanh Lai, Register No. 12214041, who is currently a United States Marshals' detainee at the Sherburne County Jail, Elk River, Minnesota. The Court, having reviewed the motion, and the accompanying declaration of Assistant United States Attorney Peter O. Mueller, and the files and records herein, hereby finds and rules as follows:

  1.   Hien Khanh Lai may have information and evidence that is relevant and material to the issues in this case.

  2. Leave of Court should be granted to allow the United States to note and take the deposition of Hien Khanh Lai on a date to be noted on or before November 21, 2005.

  3. The deposition shall be conducted at the facilities of the United States Marshal located in the United States District Court House for the District of Minnesota, in Minneapolis, Minnesota, or another secure location within the District of Minnesota.

ORDER GRANTING LEAVE OF COURT TO CONDUCT
DEPOSITION OF PRISONER HIEN KHANH LAI - 1
C05-0347D U.S. V. $28,880.00 in U.S. Currency

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1  It is accordingly ORDERED that leave of Court is granted to take the deposition of
2  Hien Khanh Lai, Register No. 12214041, on the terms and conditions set forth above.
3  Dated this 31st day of October, 2005.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

Presented by:

 S/Peter O. Mueller
PETER O. MUELLER
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
206-553-2242
206-553-6934 (fax)
Peter.Mueller@usdoj.gov

ORDER GRANTING LEAVE OF COURT TO CONDUCT
DEPOSITION OF PRISONER HIEN KHANH LAI - 2
C05-0347D U.S. V. $28,880.00 in U.S. Currency

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970